**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NBJC HOLDINGS, LLC f/k/a FIRST CONNECTICUT HOLDING GROUP IV, INC., *Plaintiff*, v. CONTINENTAL CASUALTY COMPANY, DANIEL SHEPRO, SHEPRO & BLAKE, LLC and CHICAGO TITLE INSURANCE COMPANY, *Defendants*. | Civil Action No. 21-20368 **ORDER** |

**Evelyn Padin, U.S.D.J.**

For the reasons expressed in the accompanying Opinion; and for good cause shown,

**IT IS** on this 11th day of October, 2022,

**ORDERED** that this matter is **REMANDED** to New Jersey Superior Court; and it is further

**ORDERED** that Defendants Continental Casualty Company and Chicago Title Insurance Company's respective motions to dismiss (at D.E.s 7 and 14) are **DENIED**; and it is further

**ORDERED** that Plaintiff NBJC Holdings, LLC f/k/a First Connecticut Holding Group IV, Inc.'s cross-motion for summary judgment (at D.E. 9) is **DENIED**; and it is further

**ORDERED** that the Clerk of Court shall close this matter.

_____
Evelyn Padin, U.S.D.J.